FILED

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

      Plaintiff,

ex rel.

JANE SPENCER,
GEORGEANN GOHEEN, and
TRACIE COUNSELMAN,

      Relators,           No. 8:13-cv-3194-T-30-TGW

v.                                 EX PARTE
                                   UNDER SEAL
EMERITUS CORPORATION,      [PURSUANT to 31 U.S.C. § 3730(b)(2)]
a Florida foreign profit corporation,
NURSE ON CALL, INC.,
a Florida foreign profit corporation,
DALE CLIFT, an individual,
INDIGO PALMS AT MAITLAND, INC.,
a Florida limited liability company, and
JOHN DOES 1-10,

      Defendants.
_____/

## NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME

The Court's December 8, 2016, Order established April 7, 2017, as the deadline by which the United States was to intervene in this action.

Unfortunately, the Government has not been able to conclude its investigation of the various allegations, but it will not be seeking any further extension of the seal and deadline to intervene. Accordingly, the United States hereby notifies the Court that it is not intervening at this time, but will continue its investigation.

Although the United States is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the Relators to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, before either the Relators or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, they be required first to solicit the written consent of the United States.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the Relators' action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the Relators' Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this Notice.

April 7, 2017

Respectfully submitted,

W. STEPHEN MULDROW
Acting United States Attorney

*/s/ Charles T. Harden III*
CHARLES T. HARDEN III
Assistant United States Attorney
Florida Bar No. 97934
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Tel: (813) 301-3075
Fax: (813) 274-6200
Email: Charles.Harden@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice and its accompanying proposed Order were served on Relators' Counsel by U.S. Mail and/or e-mail to:

Joseph J. Pappacoda, P.A.
PO Box 551498
Fort Lauderdale, FL 33355-1498
United States
joepappacoda@aol.com

By: */s/ Charles T. Harden III*
CHARLES T. HARDEN III
Assistant United States Attorney