**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES OF AMERICA**

        Plaintiff,

*ex rel.*

**JANE SPENCER,
GEORGEANN GOHEEN, and
TRACIE COUNSELMAN,**

        Relators,        No. 8:13-cv-3194-T-30-TGW

v.

**EMERITUS CORPORATION,**
a Florida foreign profit corporation,
**NURSE ON CALL, INC.,**
a Florida foreign profit corporation,
**DALE CLIFT,** an individual,
**INDIGO PALMS AT MAITLAND, INC.,**
a Florida limited liability company, and
**JOHN DOES 1-10,**

        Defendants.
_____/

**THE GOVERNMENT'S NOTICE OF ELECTION TO
<u>DECLINE INTERVENTION</u>**

On April 7, 2017, the United States filed its *Notice of The United States That It Is Not Intervening At This Time*. Thereafter, the Court entered its *Order* of May 17, 2017. Among other things, that *Order* unsealed the Complaint and directed Relators to serve same on Defendants. The United States has since concluded its investigation and, after informing counsel for Relators, is filing this notice of declination.

**WHEREFORE**, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

May 30, 2017                                       Respectfully submitted,

                                                      **W. STEPHEN MULDROW**
Acting United States Attorney

*/s Charles T. Harden III*
**CHARLES T. HARDEN III**
Assistant United States Attorney
Florida Bar No. 97934
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Tel: (813) 301-3075
Fax: (813) 274-6200
Email: Charles.Harden@usdoj.gov

    I HEREBY CERTIFY that on May 30, 2017, I filed the foregoing foregoing *Notice of Election to Decline Intervention* utilizing the CM/ECF system, which will send a notice of electronic filing of the foregoing to:

Joseph J. Pappacoda, P.A.
PO Box 551498
Fort Lauderdale, FL 33355-1498
joepappacoda@aol.com


                                    By:    */s Charles T. Harden III*
                                                  **CHARLES T. HARDEN III**
                                                  Assistant United States Attorney