UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA ex rel.**

**JANE SPENCER,**
  an individual,

**GEORGEANN GOHEEN,**                      No.: 8:13-cv-03194-JSM-TGW
  an individual, and

**TRACIE COUNSELMAN,**                      EX PARTE
  an individual,                                          UNDER SEAL
                                                       [PURSUANT TO 31 U.S.C. § 3730(b)(2)]

     Plaintiffs,
vs.

**EMERITUS CORPORATION,**
  a Florida foreign profit corporation,

**NURSE ON CALL, INC.,**
 a Florida foreign profit corporation,

**DALE CLIFT,** an individual,

**INDIGO PALMS AT MAITLAND, LLC,**
 a Florida limited liability company,

**JOHN DOES 1-10,**

     Defendants.
_____/

## **ORDER**

Upon consideration of Relators' Jane Spencer's, Georgeann Goheen's and Tracie Eisenhauer's (formerly Tracie Counselman) *ex parte* Motions filed, including:

1. Motion For Leave Of Court To File First Amended Qui Tam Complaint, Pursuant To 31 U.S.C. § 3729-3733 The Federal False Claims Act, For Treble Damages, Civil Penalties, Fines, And Equitable Relief; and To File Said Amended Complaint Under Seal (Dkt. 30);

  2. Relators' Motion For Enlargement Of Time To Serve Complaint [DE 1] Upon Defendants, Pursuant To Rule 4 Fed. R. Civ. P. (Dkt. 27);

  3. Relators' Motion For Leave Of Court To Amend Legal Name Of Relator Tracie Counselman In The Clerk's Docket (Dkt. 28);

  4. Relators' Motion For Leave Of Court To Add Party Defendants And Modify Existing Party Defendant's Name To Include D/B/A and A/K/A Names, To First Amended Qui Tam Complaint, Pursuant To 31 U.S.C. § 3729-3733 The Federal False Claims Act, For Treble Damages, Civil Penalties, Fines, And Equitable Relief; and To File Said Amended Complaint Under Seal (Dkt. 26); and

  5. Relators' Motion For Voluntary Dismissal, Without Prejudice, As To Defendants Dale Clift Ad John Does 1-10 (Dkt. 29),

it is hereby ORDERED with respect to Relators' *ex parte* Motions 1-5 that:

  1. Relators' Motion To File First Amended Complaint Under Seal (Dkt. 30) is **GRANTED**. The Clerk Of Court is directed to file Relators' First Amended Qui Tam Complaint, Pursuant To 31 U.S.C. § 3729-3733 The Federal False Claims Act, For Treble Damages, Civil Penalties, Fines, And Equitable Relief, **under Seal**, that shall remain under Seal up to and including October 17, 2017, unless the United States requests that the Seal be lifted prior to that date and the Court so orders.

  2. Relators' Motion For Enlargement Of Time To Serve Complaint [DE 1] Upon Defendants (Dkt. 27) is **GRANTED**, until further Order of this Court. The Court hereby **VACATES** the Order entered on May 17, 2017 [DE 24], lines 1 and 3 only: Line 1 required service of Complaint DE 1 upon Defendants by Relators [on or before August 17, 2017]; and line 3 required "That the seal be lifted as to all other matters occurring in this action after the date of this Order". Line items: 2, 4, 5, 6, and 7 thereof, remain in full force and effect.

  3. Relators' Motion For Leave Of Court To Amend Legal Name Of Relator Tracie Counselman In The Clerk's Docket (Dkt. 28) is **GRANTED.** The Clerk Of Court is directed to

change Relator's legal name from Tracie Counselman to Tracie Eisenhauer in the Clerk record.

    4.    Relators' Motion For Leave Of Court To Add Party Defendants And Modify Existing Party Defendant's Name To Include D/B/A and A/K/A Names (Dkt. 26) is **GRANTED.** The Clerk Of Court is directed to add party defendants: Alliance Foundation Of Florida, Inc., a Florida non-profit corporation; AND Health Care Services Pool, LLC, a Florida limited liability company, d/b/a Pro Serv, a Florida registered fictitious name, as Party Defendants to this action. The Clerk Of Court is further directed to amend in the Clerk's Record, the name of existing party defendant Nurse On Call, Inc., a Florida foreign profit corporation to include the doing business as names and also known as names proposed by Relators. Defendant's name shall be amended in the Clerk Record to: "Nurse On Call, Inc., a Florida foreign profit corporation, d/b/a Nurse On Call, a Florida registered fictitious name and Nurse-On-Call-Best Choice, a Florida registered fictitious name and Nurse-On-Call - - Best Choice, a Florida registered fictitious name, and a/k/a Nurse On Call Home Care and Nurse On Call Home Health Care" henceforth.

    5.    Relators' Motion For Voluntary Dismissal, Without Prejudice, Of Defendant, Dale Clift and John Does 1-10, only (Dkt. 29) is **DENIED WITHOUT PREJUDICE.** Relators' Counsel is directed to re-file Relators' Motion For Voluntary Dismissal, Without Prejudice, Of Defendant, Dale Clift and John Does 1-10 *electronically* within 7 days hereof, after which the United States shall state it's position with respect thereto, within 14 days thereafter. The electronically filed version of Relators' Motion and the United States' position with respect thereto, shall not be sealed, as these matters pertain only to the original Complaint [DE 1].

**DONE** and **ORDERED** in Tampa, Florida on August 16, 2017.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:

| | |
|---|---|
| Eric Schmelzer | Joseph J. Pappacoda, P.A. |
| United States Department Of Justice | Joseph J. Pappacoda, Esquire |
| P.O. Box 261 | P.O. Box 551498 |
| Ben Franklin Station | Fort Lauderdale, Florida 33355 |
| Washington, DC 20044 | Lead- Counsel For Relators |
| Co-Counsel for the United States Of America | (by email to: JoePappacoda@aol.com) |

Charles T. Harden III
United States Department Of Justice
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Lead-Counsel for the United States Of America