**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
8:13-cv-03194-JSM-TGW**

**UNITED STATES OF AMERICA ex rel.**

**JANE SPENCER,**
  an individual,

**GEORGEANN GOHEEN,**
  an individual, and

**TRACIE EISENHAUER,**
  an individual,

    **Plaintiffs,**
vs.

**EMERITUS CORPORATION,**
  a Florida foreign profit corporation,

**NURSE ON CALL, INC.,**
  a Florida foreign profit corporation; d/b/a:
  Nurse On Call, a Florida registered fictitious name,
  and Nurse-On-Call-Best Choice, a Florida registered
  fictitious name and Nurse-On-Call - - Best Choice, a
  Florida registered fictitious name; and a/k/a: Nurse On
  Call Home Care, and Nurse On Call Home Health Care,

**DALE CLIFT, an individual,**

**ALLIANCE FOUNDATION OF FLORIDA, INC.,**
 a Florida non-profit corporation,

**INDIGO PALMS AT MAITLAND, LLC,**
 a Florida limited liability company,

**HEALTH CARE SERVICES POOL, LLC,**
  a Florida limited liability company, d/b/a
  Pro Serv, a Florida registered fictitious name, and

**JOHN DOES 1-10,**

    **Defendants.**
_____/

## MOTION FOR VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, AS TO DEFENDANTS DALE CLIFT AND JOHN DOES 1-10, ONLY

COMES NOW, Relators, Jane Spencer, Georgeann Goheen, and Tracie Eisenhauer and files this Motion For Voluntary Dismissal, Without Prejudice, As To Defendants Dale Clift, an individual, and John Does 1-10, Only, and states:

1. The United States declined to intervene in this action on or about May 17, 2017.

2. Thereafter, this Court lifted the Seal for certain filings in this case, and inter alia, Ordered Relators to serve all future pleadings and motions upon the United States in accordance with 31 U.S.C. § 3730 (c)(3).

3. At this time, Relators in this action makes Motion to this Honorable Court to voluntarily dismiss this action, without prejudice, for Defendants Dale Clift, an individual, and John Does 1-10, only.

4. The instant Motion pertains solely to Defendants Dale Clift and John Does 1-10, and not to other named defendants.

5. Pursuant to 31 USC § 3730 (b) (1), this Court must solicit the written consent of the United States and it's reasons for consenting to a dismissal against any defendant, or before ruling or granting it's approval for dismissal of a Qui Tam action against any defendant.

6. Pursuant to 31 U.S.C. § 3730(3) Relators decline to exercise their right to conduct the above styled action for the benefit of the United States, specifically against Defendants Dale Clift, and John Does 1-10, following the decision by the United States declining to do so, and releasing it's right to further conduct this cause of action, as to Defendants Dale Clift and John Does 1-10.

7. Counsel for the United States previously informed the undersigned attorney that the United States will file its own notice with the Court relative to Relators' instant Motion, as to Defendants Dale Clift and John Does 1-10. The United States expressed no other position with respect to the instant Motion.

WHEREFORE, Relators Jane Spencer, Georgeann Goheen, and Tracie Eisenhauer Pray that this Honorable Court Grant Relators' Motion For Voluntary Dismissal, Without Prejudice, as to Defendants, Dale Clift, an individual, and John Does 1-10, only, for the aforementioned reasons.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Relators' Motion was furnished via email to: the United States, to: AUSA Charles Harden (charles.harden@usdoj.gov), and AUSA Jessica E. Krieg (jessica.e.krieg@usdoj.gov), on this 22nd day of August, 2017.

**Respectfully submitted,**

*/s/ Joseph J. Pappacoda*

**Joseph J. Pappacoda, P.A.**
**P.O. Box 551498**
**Fort Lauderdale, Florida 33355**
**954-560-2616**
**Florida Bar Number 883018**
**JoePappacoda@aol.com**